EXHIBIT "B"

FLME Invoice # 498



INVOICE
Fine Line Marine Electric, Inc

Croissant Air Park
Box # 4
3350 SW 3rd Ave
Fort Lauderdale
Florida
33315

| Bill To: |
|---|
| MY ONE MORE TOY |

| Date | Invoice No. |
|---|---|
| 02/17/15 | 498 |

| W.O. / Quote | Vessel Name |
|---|---|
| 343 | One More Toy |

| Description | Hrs | Materials | Amount |
|---|---|---|---|
| BATTERIES | 8 | | 800.00 |
| Materials | | 400 | 400.00 |
| ELECTRICAL MAIN PANEL LOCKS & FANS | 7 | | 700.00 |
| Materials | | 160 | 160.00 |
| HYDRAULICS | 8 | | 800.00 |
| LIGHTS | 17 | | 1,700.00 |
| Materials | | 280 | 280.00 |
| PASSARELLE | 16 | | 1,600.00 |
| PASSARELLE REPAIRS | 10 | | 1,000.00 |
| Materials | | 50 | 50.00 |
| SUNROOF | 16 | | 1,600.00 |
| Materials | | 310 | 310.00 |
| SWIM LADDER | 9 | | 900.00 |
| Materials | | 985 | 985.00 |
| | | Total | |

Authorized by:_____

Date:_____

AUTHORIZATION:  I am the authorized agent/owner acting on behalf of the owner of the vessel described above & have permission from the owner to incur this invoice. I understand that extending credit on my behalf constitutes a lien against this vessel for charges which is all inclusive of materials, labor and taxes. All fees are due within five (5) days of receipt of invoice. All invoices not paid within ten (10) days of receipt will be charged 1.5% interest per month on the unpaid bal. until paid in full. I agree to pay FLME for any additional material and labor costs above which are beyond a prior quotation. If litigation is required to collect any amount due to FLME the vessel/owner will be responsible for all collection related fees &  costs. Agreement shall be govrned by & construed in accordance with the laws of the state of florida of appropriate jurisdiction in Broward Count, Florida for the exclusion of aby other venue. I understand this authorization & its purpose & expressly agree with my signature



INVOICE  
Fine Line Marine Electric, Inc

Croissant Air Park  
Box # 4  
3350 SW 3rd Ave  
Fort Lauderdale  
Florida  
33315

| Bill To: |
| --- |
| MY ONE MORE TOY |

| Date | Invoice No. |
| --- | --- |
| 02/17/15 | 498 |

| W.O. / Quote | Vessel Name |
| --- | --- |
| 343 | One More Toy |

| Description | Hrs | Materials | Amount |
| --- | --- | --- | --- |
| TOILET | 2 | | 200.00 |

| | |
| --- | --- |
| Total | $11,485.00 |

Authorized by:_____    Date:_____

AUTHORIZATION:  I am the authorized agent/owner acting on behalf of the owner of the vessel described above & have permission from the owner to incur this invoice. I understand that extending credit on my behalf constitutes a lien against this vessel for charges which is all inclusive of materials, labor and taxes. All fees are due within five (5) days of receipt of invoice. All invoices not paid within ten (10) days of receipt will be charged 1.5% interest per month on the unpaid bal. until paid in full. I agree to pay FLME for any additional material and labor costs above which are beyond a prior quotation. If litigation is required to collect any amount due to FLME the vessel/owner will be responsible for all collection related fees &  costs. Agreement shall be govrned by & construed in accoradance with the laws of the state of florida of appropriate jurisdiction in Broward Count, Florida for the exclusion of aby other venue. I understand this authorization & its purpose & expressly agree with my signature